# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jennifer Herrmann,                                    Civil No. 08-977 (RHK/JJK)

        Plaintiff

vs.                                                   **ORDER FOR SUBMISSION OF TRIAL MATERIALS**

ExpressJet Airlines, Inc., Continental Airlines, Inc.,

        Defendants.

---

The above case is deemed ready for trial before the undersigned beginning August 1, 2009.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By July17, 2009:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By July 23, 2009:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By <u>July 28, 2009</u>:  Responses to the Written Objections.

Dated:  May 28, 2009

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge
